# United States Court of Appeals
## For the First Circuit

---

No. 00-2088

UNITED STATES OF AMERICA,

Plaintiff, Appellant,

v.

HECTOR OSCAR ACOSTA-MARTINEZ, A/K/A GORDO, AND
JOEL RIVERA-ALEJANDRO,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this court, issued June 5, 2001, should be amended as follows:

On the cover page, "Of the District of Northern California," is replaced with "Of the Northern District of California,"